**ALABAMA AGRICULTURAL CREDIT CO. v. John HOLLY et al.**

**5 Div. 27.**

Court of Appeals of Alabama.
May 27, 1937.

Albert Hooton, of Dadeville, and Denson & Denson, of Opelika, for appellant.

J. A. Walker, of Opelika, for appellees.

PER CURIAM.
Appeal dismissed for want of prosecution.

174 So. 897

**ALABAMA MILLS, Inc., v. Charlie E. SMITH.**

**6 Div. 70.**

Court of Appeals of Alabama.
April 22, 1937.

Martin, Turner & McWhorter, of Birmingham, for appellant.

Taylor & Higgins, of Birmingham, for appellee.

PER CURIAM.
Appeal dismissed for want of prosecution.

165 So. 912

**ALABAMA POWER CO. v. W. N. GARRISON.**

**7 Div. 157.**

Court of Appeals of Alabama.
Jan. 21, 1936.

RICE, Judge.
Appeal dismissed by appellant.

165 So. 912

**ALABAMA POWER CO. v. W. C. RUSSELL.**

**7 Div. 159.**

Court of Appeals of Alabama.
Jan. 16, 1936.

PER CURIAM.
Appeal dismissed for want of prosecution.

174 So. 897

**Luther ALEWINE v. STATE.**

**8 Div. 532.**

Court of Appeals of Alabama.
May 25, 1937.

RICE, Judge.
Affirmed.

164 So. 913

**George ALEXANDER v. STATE.**

**4 Div. 168.**

Court of Appeals of Alabama.
Nov. 12, 1935.

SAMFORD, Judge.
Affirmed.

170 So. 914

**Julius ALFORD v. STATE.**

**1 Div. 258.**

Court of Appeals of Alabama.
Nov. 17, 1936.

BRICKEN, Presiding Judge.
Appeal dismissed.